Certificate Number: 01267-WIE-CC-004722007

# CERTIFICATE OF COUNSELING

I CERTIFY that on August 20, 2008, at 2:30 o'clock PM CDT,

Yvonne D Shelton received from

Money Management International, Inc.,

an agency approved pursuant to 11 U.S.C. § 111 to provide credit counseling in the

Eastern District of Wisconsin, an individual [or group] briefing that complied

with the provisions of 11 U.S.C. §§ 109(h) and 111.

A debt repayment plan was not prepared. If a debt repayment plan was prepared, a copy of the debt repayment plan is attached to this certificate.

This counseling session was conducted by telephone.

Date: August 20, 2008

By    /s/Gina Miller

Name    Gina Miller

Title    Phone Counselor

* Individuals who wish to file a bankruptcy case under title 11 of the United States Bankruptcy Code are required to file with the United States Bankruptcy Court a completed certificate of counseling from the nonprofit budget and credit counseling agency that provided the individual the counseling services and a copy of the debt repayment plan, if any, developed through the credit counseling agency. See 11 U.S.C. §§ 109(h) and 521(b).

Certificate Number: 01267-WIE-CC-004721968

# CERTIFICATE OF COUNSELING

I CERTIFY that on <u>August 20, 2008</u>, at <u>2:30</u> o'clock <u>PM CDT</u>,

<u>Robert J Shelton</u> received from

<u>Money Management International, Inc.</u>,

an agency approved pursuant to 11 U.S.C. § 111 to provide credit counseling in the

<u>Eastern District of Wisconsin</u>, an individual [or group] briefing that complied

with the provisions of 11 U.S.C. §§ 109(h) and 111.

A debt repayment plan <u>was not prepared</u>. If a debt repayment plan was prepared, a copy of

the debt repayment plan is attached to this certificate.

This counseling session was conducted by telephone.

Date: <u>August 20, 2008</u>　　　　By　<u>/s/Gina Miller</u>

　　　　　　　　　　　　　　　　Name　<u>Gina Miller</u>

　　　　　　　　　　　　　　　　Title　<u>Phone Counselor</u>

\* Individuals who wish to file a bankruptcy case under title 11 of the United States Bankruptcy Code are required to file with the United States Bankruptcy Court a completed certificate of counseling from the nonprofit budget and credit counseling agency that provided the individual the counseling services and a copy of the debt repayment plan, if any, developed through the credit counseling agency. See 11 U.S.C. §§ 109(h) and 521(b).